

# Fourth Court of Appeals
## San Antonio, Texas

November 28, 2018

No. 04-18-00858-CR

Evangelos **PAGONIS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2008CR6730
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

Pursuant to a plea bargain agreement, appellant Evangelos Pagonis pleaded *nolo contendere* to the offenses of indecency with a child by exposure and indecency with a child by sexual contact. The trial court sentenced appellant on February 10, 2010.

On November 2, 2018, this court received a document titled "Appeal Order for Commutation of Sentence," in which appellant appears to request that his sentences be commuted because his deportation to Canada is imminent.

Upon review, it appears this court lacks jurisdiction over this matter. A defendant may appeal a judgment imposing a sentence or another appealable order. *See* TEX. R. APP. P. 26.10. It does not appear that appellant is seeking to appeal the judgments imposing his sentences or any other appealable order.

Accordingly, we **ORDER** that appellant show cause in writing on or before **December 10, 2018** why this appeal should not be dismissed for lack of jurisdiction.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of November, 2018.



Keith E. Hottle
Clerk of Court